JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNIVERSAL DYEING & PRINTING, INC., <br><br> Plaintiff, <br><br> v. <br><br> RAINBOW U.S.A., INC.; *et al.*, <br><br> Defendants. | Case No.: 2:18-CV-03130-RSWL-JEM <br> <u>Honorable Ronald S.W. Lew Presiding</u> <br> **ORDER TO DISMISS ACTION WITH PREJUDICE** |

///

///

///

ORDER:

FOR GOOD CAUSE APPEARING, THE FOLLOWING IS HEREBY ORDERED:

1. Defendant's (1) Motion to Dismiss for Lack of Personal Jurisdiction under Fed. R. Civ. P. 12(b)(2), (2) Motion to Dismiss for Improper Venue Under Fed. R. Civ. P. 12(b)(3), and (3) Motion to Transfer Venue under 28 U.s.c. § 1404(a) (filed 06/27/18) [13] is hereby VACATED as moot.

2. The entire action is hereby dismissed with prejudice against all Defendants, including, but not limited to Rainbow USA, Inc. (incorrectly sued herein as "Rainbow U.S.A., Inc.") and/or its affiliates, parents, subsidiaries, and parents' subsidiaries (hereinafter, collectively referred to as "Rainbow"), together with all claims and/or causes of action arising therefrom; and

3. Plaintiff and Defendants will each bear their respective costs and attorneys' fees as incurred against one another in connection with this action.

SO ORDERED.

Dated: 8/16/2018           By: s/ RONALD S.W. LEW
                               HONORABLE RONALD S.W. LEW
                               U.S. DISTRICT JUDGE